AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| TYLER CANARIS | ) | |
| | ) | |
| v. | ) | Case No.: 4:23-cv-00215-WMR |
| MICHAEL MCMASTER, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___12/15/2025___ against ___Plaintiff___,
                                                                        Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.20 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 9,716.75 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,759.94 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . | | 911.84 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | TOTAL $ | 14,388.73 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service                    ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   ___Timothy J. Buckley III___

Name of Attorney: ___Timothy J. Buckley III___

For: ___Defendant Gary Gulledge___                    Date: ___01/14/2026___
         *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of ___$14,388.73___                    and included in the judgment.

___Kevin P. Weimer___                    By: ___s/Jill Ayers___                    ___2-2-2026___
*Clerk of Court*                         *Deputy Clerk*                          *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| | Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | Reset |
|---|---|---|

# FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE AND FILING FEES UNDER 28 U.S.C. § 1920(2)



DEFENDANT'S
EXHIBIT

**A**

Tabs3 Detail Allocated Payments Report
Buckley Christopher & Hensel, P.C.

**Primary Timekeeper: 2 Timothy J. Buckley III**

| Pymt Date | Ref # | Stmt # | Pymt Amt | Allocated | Exp Tax | Expenses | Adv Tax | Advances | Fin Chg | Fee Tax | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **100.0404M  ACCG (1)** | | | | | | | | | | | |
| RE: Canaris, Tyler | | | | | | | | | | | |
| 10/16/2023 | ARCH | 15413 | 653.81 | 653.81 | 0.00 | 53.81 | 0.00 | 0.00 | 0.00 | 0.00 | ███ |
| | | | | | | Photocopies/Faxes 53.81 | | | 002 Timothy J. Buckley III | | | ███ |
| | | | | | | | | | 006 Kelly L. Christopher | | ███ |
| 11/27/2023 | ARCH | 15500 | 7,550.55 | 7,550.55 | 0.00 | 598.85 | 0.00 | 72.70 | 0.00 | 0.00 | ███ |
| | | | | | | Photocopies/Faxes 546.45 | Miscellaneous | 2.17 002 Timothy J. Buckley III | | | ███ |
| | | | | | | Mileage ███ | Processor Fees | 70.53 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | | 013 Stefanie M. Burdette | | ███ |
| 01/18/2024 | ARCH | 15662 | 5,747.21 | 5,747.21 | 0.00 | 286.20 | 0.00 | 18.01 | 0.00 | 0.00 | ███ |
| | | | | | | Photocopies/Faxes 233.80 | Miscellaneous | 18.01 002 Timothy J. Buckley III | | | ███ |
| | | | | | | Mileage ███ | | 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | 009 Will R. Driggers | | | ███ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ███ |
| 01/18/2024 | ARCH | 15662 | 556.44 | 556.44 | 0.00 | 14.44 | 0.00 | 0.00 | 0.00 | 0.00 | ███ |
| | | | | | | Photocopies/Faxes 14.44 | | | 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | | 013 Stefanie M. Burdette | | ███ |
| 02/20/2024 | ARCH | 15755 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ███ |
| | | | | | | | | | 006 Kelly L. Christopher | | | ███ |
| 04/03/2024 | ARCH | 15932 | 134.31 | 134.31 | 0.00 | 1.31 | 0.00 | 0.00 | 0.00 | 0.00 | ███ |
| | | | | | | Photocopies/Faxes 1.31 | | | 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | | 013 Stefanie M. Burdette | | ███ |
| 05/29/2024 | ARCH | 16134 | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ███ |
| | | | | | | | | | 006 Kelly L. Christopher | | | ███ |
| 07/23/2024 | ARCH | 16232 | 1,435.79 | 1,435.79 | 0.00 | 1.75 | 0.00 | 204.04 | 0.00 | 0.00 | ███ |
| | | | | | | Photocopies/Faxes 1.75 | Miscellaneous | 204.04 002 Timothy J. Buckley III | | | ███ |
| | | | | | | | | 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ███ |
| 09/03/2024 | ARCH | 16326 | 1,751.66 | 1,751.66 | 0.00 | 59.03 | 0.00 | 38.63 | 0.00 | 0.00 | ███ |
| | | | | | | Miscellaneous 0.40 | Miscellaneous | 38.63 002 Timothy J. Buckley III | | | ███ |
| | | | | | | Photocopies/Faxes 58.63 | | 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ███ |
| 09/25/2024 | ARCH | 16424 | 2,425.97 | 2,425.97 | 0.00 | 71.34 | 0.00 | 144.63 | 0.00 | 0.00 | ███ |
| | | | | | | Photocopies/Faxes 46.50 | Miscellaneous | 5.50 002 Timothy J. Buckley III | | | ███ |
| | | | | | | Postage 24.84 | Medical Records | 139.13 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ███ |
| 10/18/2024 | ARCH | 16535 | 19,182.24 | 19,182.24 | 0.00 | 580.63 | 0.00 | 3,112.61 | 0.00 | 0.00 | ███ |
| | | | | | | Miscellaneous 160.80 | Miscellaneous | 2,581.80 006 Kelly L. Christopher | | | ███ |
| | | | | | | Photocopies/Faxes 387.13 | Medical Records | 530.81 013 Stefanie M. Burdette | | | ███ |
| | | | | | | Postage 32.70 | | | | | |
| 11/18/2024 | ARCH | 16631 | 6,392.30 | 6,392.30 | 0.00 | 107.20 | 0.00 | 1,707.10 | 0.00 | 0.00 | ███ |
| | | | | | | Miscellaneous 107.20 | Miscellaneous | 1,465.20 006 Kelly L. Christopher | | | ███ |
| | | | | | | | Medical Records | 241.90 013 Stefanie M. Burdette | | | ███ |
| 12/16/2024 | ARCH | 16732 | 4,690.11 | 4,690.11 | 0.00 | 0.00 | 0.00 | 2,765.11 | 0.00 | 0.00 | ███ |
| | | | | | | | Miscellaneous | 2,765.11 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ███ |
| 01/21/2025 | ARCH | 16877 | 1,251.00 | 1,251.00 | 0.00 | 451.50 | 0.00 | 455.50 | 0.00 | 0.00 | ███ |
| | | | | | | Photocopies/Faxes 451.50 | Miscellaneous | 455.50 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ███ |
| 02/13/2025 | ARCH | 16957 | 1,735.05 | 1,735.05 | 0.00 | 0.00 | 0.00 | 2.05 | 0.00 | 0.00 | ███ |
| | | | | | | | Miscellaneous | 2.05 002 Timothy J. Buckley III | | | ███ |
| | | | | | | | | 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ███ |
| 03/20/2025 | ARCH | 17156 | 2,485.19 | 2,485.19 | 0.00 | 252.31 | 0.00 | 65.88 | 0.00 | 0.00 | ███ |
| | | | | | | Photocopies/Faxes 252.31 | Miscellaneous | 65.88 002 Timothy J. Buckley III | | | ███ |
| | | | | | | | | 006 Kelly L. Christopher | | | ███ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ███ |

Tabs3 Detail Allocated Payments Report
Buckley Christopher & Hensel, P.C.

**Primary Timekeeper: 2 Timothy J. Buckley III**

| Pymt Date | Ref # | Stmt # | Pymt Amt | Allocated | Exp Tax | Expenses | Adv Tax | Advances | Fin Chg | Fee Tax | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/16/2025 | ARCH | 17261 | 5,530.48 | 5,530.48 | 0.00 | 0.00 | 0.00 | 310.48 | 0.00 | 0.00 | ▉ |
| | | | | | | | Miscellaneous | 310.28 002 Timothy J. Buckley III | | | ▉ |
| | | | | | | | Filing Fees | 0.20 006 Kelly L. Christopher | | | ▉ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ▉ |
| | | | | | | | | 025 Margaret C. Yates | | | |
| 05/21/2025 | ARCH | 17280 | 7,891.18 | 7,891.18 | 0.00 | 731.00 | 0.00 | 905.18 | 0.00 | 0.00 | ▉ |
| | | | | | Photocopies/Faxes | 731.00 | Miscellaneous | 80.18 002 Timothy J. Buckley III | | | ▉ |
| | | | | | | | Witness Fees | 825.00 006 Kelly L. Christopher | | | ▉ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ▉ |
| | | | | | | | | 025 Margaret C. Yates | | | |
| 06/18/2025 | ARCH | 17398 | 6,217.15 | 6,217.15 | 0.00 | 31.50 | 0.00 | 11.65 | 0.00 | 0.00 | ▉ |
| | | | | | Miscellaneous | 31.50 | Miscellaneous | 11.65 002 Timothy J. Buckley III | | | ▉ |
| | | | | | | | | 006 Kelly L. Christopher | | | ▉ |
| | | | | | | | | 013 Stefanie M. Burdette | | | |
| 07/25/2025 | ARCH | 17605 | 3,187.50 | 3,187.50 | 0.00 | 0.00 | 0.00 | 894.50 | 0.00 | 0.00 | ▉ |
| | | | | | | | Miscellaneous | 894.50 006 Kelly L. Christopher | | | ▉ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ▉ |
| | | | | | | | | 025 Margaret C. Yates | | | ▉ |
| | | | | | | | | 036 Joanie Gross | | | ▉ 0 |
| 08/25/2025 | ARCH | 17620 | 9,053.53 | 9,053.53 | 0.00 | 0.00 | 0.00 | 1,740.53 | 0.00 | 0.00 | ▉ |
| | | | | | | | Miscellaneous | 1,740.53 006 Kelly L. Christopher | | | ▉ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ▉ |
| | | | | | | | | 025 Margaret C. Yates | | | |
| 09/19/2025 | ARCH | 17827 | 479.56 | 479.56 | 0.00 | 286.56 | 0.00 | 0.00 | 0.00 | 0.00 | 1 |
| | | | | | Photocopies/Faxes | 286.56 | | 006 Kelly L. Christopher | | | 1 |
| | | | | | | | | 013 Stefanie M. Burdette | | | |
| 10/20/2025 | ARCH | 17995 | 4,424.41 | 4,424.41 | 0.00 | 0.00 | 0.00 | 96.41 | 0.00 | 0.00 | ▉ |
| | | | | | | | Miscellaneous | 96.41 002 Timothy J. Buckley III | | | ▉ |
| | | | | | | | | 006 Kelly L. Christopher | | | ▉ |
| | | | | | | | | 013 Stefanie M. Burdette | | | ▉ |
| | | | | | | | | 025 Margaret C. Yates | | | |
| 11/17/2025 | ARCH | 18006 | 6,177.88 | 6,177.88 | 0.00 | 799.75 | 0.00 | 42.13 | 0.00 | 0.00 | ▉ |
| | | | | | Miscellaneous | 105.00 | Miscellaneous | 42.13 002 Timothy J. Buckley III | | | ▉ |
| | | | | | Photocopies/Faxes | 694.75 | | 006 Kelly L. Christopher | | | ▉ |
| | | | | | | | | 013 Stefanie M. Burdette | | | |
| 12/10/2025 | 25 | WIP | 108.00 | 108.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ▉ |
| | | | | | | | | 022 Sementha Khristy Bastien | | | |

| **Subtotal** | | | 99,521.32 | 99,521.32 | 0.00 | 4,327.18 | 0.00 | 12,587.14 | 0.00 | 0.00 | ▉ |
| | | | | | Miscellaneous | 404.90 | Miscellaneous | 10,779.57 002 Timothy J. Buckley III | | | ▉ |
| | | | | | Photocopies/Faxes | 3,759.94 | Filing Fees | 0.20 006 Kelly L. Christopher | | | ▉ |
| | | | | | Mileage | 104.80 | Processor Fees | 70.53 009 Will R. Driggers | | | ▉ |
| | | | | | Postage | 57.54 | Witness Fees | 825.00 013 Stefanie M. Burdette | | | ▉ |
| | | | | | | | Medical Records | 911.84 022 Sementha Khristy Bastien | | | ▉ |
| | | | | | | | | 025 Margaret C. Yates | | | ▉ |
| | | | | | | | | 036 Joanie Gross | | | ▉ |

| **Totals for Primary Timekeeper 2** | | | 99,521.32 | 99,521.32 | 0.00 | 4,327.18 | 0.00 | 12,587.14 | 0.00 | 0.00 | ▉ |
| | | | | | Miscellaneous | 404.90 | Miscellaneous | 10,779.57 002 Timothy J. Buckley III | | | ▉ |
| | | | | | Photocopies/Faxes | 3,759.94 | Filing Fees | 0.20 006 Kelly L. Christopher | | | ▉ |
| | | | | | Mileage | 104.80 | Processor Fees | 70.53 009 Will R. Driggers | | | ▉ |
| | | | | | Postage | 57.54 | Witness Fees | 825.00 013 Stefanie M. Burdette | | | ▉ |
| | | | | | | | Medical Records | 911.84 022 Sementha Khristy Bastien | | | 1 |
| | | | | | | | | 025 Margaret C. Yates | | | ▉ |
| | | | | | | | | 036 Joanie Gross | | | ▉ |

# INVOICE

1 of 1

**RBI**

REGENCY-BRENTANO, INC.

*Certified Court Reporters*

404-321-3333

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136802 | 10/1/2024 | 101567 |
| **Job Date** | **Case No.** | |
| 9/17/2024 | 4:23-CV-00215-WMR | |
| **Case Name** | | |
| Canaris v. McMaster | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kelly Christopher, Esq.
Buckley Christopher & Hensel, P.C.
2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329

1 COPY OF TRANSCRIPT OF:
   Thomas Ogden                            775.75
1 COPY OF TRANSCRIPT OF:
   Gary Gulledge                            635.05

TOTAL DUE  >>>       **$1,410.80**
AFTER 10/31/2024  PAY       $1,551.88

Reference No.    : LOWEMI

**SIGNATURE RESERVED**

WE APPRECIATE YOUR BUSINESS.
WE ACCEPT AMERICAN EXPRESS, MASTERCARD AND VISA.
MAKE PAYMENTS ONLINE AT OUR NEW WEBSITE
https://regencybrentano.com/pay-online/

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kelly Christopher, Esq.
Buckley Christopher & Hensel, P.C.
2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329

Invoice No.    : 136802
Invoice Date   : 10/1/2024
**Total Due**    : **$1,410.80**
AFTER 10/31/2024  PAY  $1,551.88

Remit To: **Regency-Brentano, Inc.**
         **P.O. Box 822804**
         **Philadelphia, PA 19182-2804**

Job No.    : 101567
BU ID      : RBI
Case No.   : 4:23-CV-00215-WMR
Case Name  : Canaris v. McMaster

# I N V O I C E
1 of 1

**RBI**

REGENCY-BRENTANO, INC.

*Certified Court Reporters*

**404-321-3333**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136825 | 10/1/2024 | 101568 |
| **Job Date** | **Case No.** | |
| 9/18/2024 | 4:23-CV-00215-WMR | |
| **Case Name** | | |
| Canaris v. McMaster | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kelly Christopher, Esq.
Buckley Christopher & Hensel, P.C.
2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329

1 COPY OF TRANSCRIPT OF:
    James Buckner      702.80
1 COPY OF TRANSCRIPT OF:
    Karen Ritch      468.20

| | |
|---|---|
| **TOTAL DUE  >>>** | **$1,171.00** |
| AFTER 10/31/2024  PAY | $1,288.10 |

Reference No.   : LOWEMI

**SIGNATURE RESERVED**

WE APPRECIATE YOUR BUSINESS.
WE ACCEPT AMERICAN EXPRESS, MASTERCARD AND VISA.
MAKE PAYMENTS ONLINE AT OUR NEW WEBSITE
https://regencybrentano.com/pay-online/

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kelly Christopher, Esq.
Buckley Christopher & Hensel, P.C.
2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329

Invoice No.   : 136825
Invoice Date   : 10/1/2024
**Total Due**   : **$1,171.00**
AFTER 10/31/2024  PAY  $1,288.10

Remit To: **Regency-Brentano, Inc.**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

Job No.       : 101568
BU ID         : RBI
Case No.     : 4:23-CV-00215-WMR
Case Name   : Canaris v. McMaster

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136901 | 10/4/2024 | 101569 |

| Job Date | Case No. | |
|---|---|---|
| 9/19/2024 | 4:23-CV-00215-WMR | |

| Case Name | | |
|---|---|---|
| Canaris v. McMaster | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**RB**
**REGENCY-BRENTANO, INC.**
*Certified Court Reporters*

**404-321-3333**

Kelly Christopher, Esq.
Buckley Christopher & Hensel, P.C.
2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329

---

1 COPY OF TRANSCRIPT OF:
   Michael McMaster

                                          1,347.80
**TOTAL DUE  >>>**          **$1,347.80**
AFTER 11/3/2024  PAY       $1,482.58

Reference No.   : LOWEMI

**\*\*SIGNATURE RESERVED\*\***

WE APPRECIATE YOUR BUSINESS.
WE ACCEPT AMERICAN EXPRESS, MASTERCARD AND VISA.
MAKE PAYMENTS ONLINE AT OUR NEW WEBSITE
https://regencybrentano.com/pay-online/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 134.78 |
| **(=) New Balance:** | **$1,482.58** |

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kelly Christopher, Esq.
Buckley Christopher & Hensel, P.C.
2970 Clairmont Road, N.E.
Suite 650
Atlanta, GA 30329

Invoice No.   : 136901
Invoice Date  : 10/4/2024
**Total Due**   : **$1,482.58**

Remit To: **Regency-Brentano, Inc.**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

Job No.      : 101569
BU ID        : RBI
Case No.     : 4:23-CV-00215-WMR
Case Name  : Canaris v. McMaster



**Ansley Court Reporting, LLC**
1579 Monroe Drive, Suite F-342 Atlanta, GA 30324
+14042106977
billing@ansleycourtreporting.com
www.ansleycourtreporting.com

# Invoice  6718

**BILL TO**
BUCKLEY CHRISTOPHER &
HENSEL, P.C.
2970 Clairmont Road, N.E., Suite
650
Atlanta, Georgia  30329

| DATE | PLEASE PAY |
|---|---|
| 10/29/2024 | **$1,465.20** |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| The Deposition Transcript of TYLER CANARIS on 9/16/24 (Original, Etran, Exhibits) requested by KELLY CHRISTOPHER, ATTORNEY AT LAW | 1,465.20 | 1,465.20 |
| IN RE: TYLER LEE CANARIS vs. MICHAEL McMASTER, GARY GULLEDGE | | |

Thank you for your business!

5% late fee per month if not paid within 30 days from the date of this invoice.

15% attorneys' fees will be added if collected through an attorney at law.

Due upon receipt from the date of this invoice.

| TOTAL DUE | $1,465.20 |
|---|---|
| | THANK YOU. |

# I N V O I C E

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1435346 | 11/18/2024 | 1221660 |
| **Job Date** | **Case No.** | |
| 10/17/2024 | 4:23-CV-00215-WMR | |
| **Case Name** | | |
| Tyler Lee Canaris v. Michael McMaster and Gary Gulledge | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kelly L. Christopher, Esq.
Buckley Christopher, P.C.
2970 Clairmont Rd.
#650
Atlanta, GA 30329

---

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Capt. Brent Miller | 100.00 | Pages | @ | 4.500 | 450.00 |
| Video Pages | 1.00 | Pages | @ | 0.300 | 30.00 |
| Exhibits - Scanned | 6.00 | | @ | 0.250 | 1.50 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Chief Deputy Chad Hunton | 136.00 | Pages | @ | 4.500 | 612.00 |
| Video Pages | 1.00 | Pages | @ | 0.300 | 40.80 |
| Handling | 1.00 | | @ | 100.000 | 100.00 |
| Exhibits - Scanned | 184.00 | | @ | 0.250 | 46.00 |
| | | **TOTAL DUE  >>>** | | | **$1,280.30** |

Location of Job    : Talley, Ricahrdson & Cable, P.A.
                        367 West Memorial Drive
                        P. O. Box 197
                        Dallas, GA 30132
Reference No.    : GATECY

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

---

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kelly L. Christopher, Esq.
Buckley Christopher, P.C.
2970 Clairmont Rd.
#650
Atlanta, GA 30329

| | | | |
|---|---|---|---|
| Job No. | : 1221660 | BU ID | : Regency |
| Case No. | : 4:23-CV-00215-WMR | | |
| Case Name | : Tyler Lee Canaris v. Michael McMaster and Gary Gulledge | | |
| Invoice No. | : 1435346 | Invoice Date | : 11/18/2024 |
| **Total Due** | : **$1,280.30** | | |

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

2 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1435346 | 11/18/2024 | 1221660 |
| **Job Date** | **Case No.** | |
| 10/17/2024 | 4:23-CV-00215-WMR | |
| **Case Name** | | |
| Tyler Lee Canaris v. Michael McMaster and Gary Gulledge | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kelly L. Christopher, Esq.
Buckley Christopher, P.C.
2970 Clairmont Rd.
#650
Atlanta, GA 30329

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Kelly L. Christopher, Esq.
Buckley Christopher, P.C.
2970 Clairmont Rd.
#650
Atlanta, GA 30329

Job No.      : 1221660            BU ID            : Regency
Case No.     : 4:23-CV-00215-WMR
Case Name    : Tyler Lee Canaris v. Michael McMaster and Gary
               Gulledge
Invoice No.  : 1435346            Invoice Date  : 11/18/2024
**Total Due**   : **$1,280.30**

Remit To: **Magna Legal Services LLC**
          **P.O. Box 822804**
          **Philadelphia, PA 19182-2804**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:          Phone#: | | | |
| Billing Address: | | | |
| Zip:          Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1438630 | 11/21/2024 | 1232416 |
| **Job Date** | **Case No.** | |
| 11/12/2024 | 4:23-CV-00215-WMR | |
| **Case Name** | | |
| Tyler Lee Canaris v. Michael McMaster and Gary Gulledge | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kelly L. Christopher, Esq.
Buckley Christopher, P.C.
2970 Clairmont Rd.
#650
Atlanta, GA 30329

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Agent Ghee Wilson | 79.00 | Pages | @ | 4.500 | 355.50 |
| Handling | 1.00 | | @ | 100.000 | 100.00 |

**TOTAL DUE  >>>**                                **$455.50**

Location of Job   : Gordon County Judicial Building
                            101 South Piedmont Street
                            Calhoun, GA 30701
Reference No.     : TUCKRA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$455.50** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 1232416 | BU ID | : Regency |
| Case No. | : 4:23-CV-00215-WMR | | |
| Case Name | : Tyler Lee Canaris v. Michael McMaster and Gary Gulledge | | |
| Invoice No. | : 1438630 | Invoice Date | : 11/21/2024 |
| **Total Due** | : **$455.50** | | |

Kelly L. Christopher, Esq.
Buckley Christopher, P.C.
2970 Clairmont Rd.
#650
Atlanta, GA 30329

Remit To: **Magna Legal Services LLC**
              **P.O. Box 822804**
              **Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



**Ansley Court Reporting, LLC**
1579 Monroe Drive, Suite F-342 Atlanta, GA 30324
+14042106977
billing@ansleycourtreporting.com
www.ansleycourtreporting.com

# Invoice  7542

**BILL TO**
BUCKLEY CHRISTOPHER &
HENSEL, P.C.
2970 Clairmont Road, N.E., Suite
650
Atlanta, Georgia  30329

| DATE | PLEASE PAY |
|---|---|
| 05/06/2025 | **$1,691.65** |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| The Deposition Transcript of SCOTT A. DeFOE on 4/17/25 (Original, Etran Expert, Exhibits) requested by KELLY CHRISTOPHER, ATTORNEY AT LAW | 1,691.65 | 1,691.65 |
| IN RE: TYLER LEE CANARIS vs. MICHAEL MCMASTER & GARY GULLEDGE, Ind/Official Capacity | | |

Thank you for your business!

5% late fee per month if not paid within 30 days from the date of this invoice.

15% attorneys' fees will be added if collected through an attorney at law.

Due upon receipt from the date of this invoice.

Tax ID: 46-2910882

| TOTAL DUE | $1,691.65 |
|---|---|
| | THANK YOU. |

# I N V O I C E

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1594960 | 6/30/2025 | 1329252 |
| **Job Date** | **Case No.** | |
| 5/23/2025 | 4:23-CV-00215-WMR | |
| **Case Name** | | |
| Tyler Lee Canaris v. Michael McMaster and Gary Gulledge | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stefanie M. Burdette
Buckley Christopher, P.C.
2970 Clairmont Rd.
#650
Atlanta, GA 30329

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| John Dale | 171.00 | Pages | @ | 4.500 | 769.50 |
| Handling | 1.00 | | @ | 100.000 | 100.00 |
| Deposition Summary | 1.00 | Pages | @ | 25.000 | 25.00 |
| **TOTAL DUE  >>>** | | | | | **$894.50** |

Location of Job    : *Magna Legal Services/Ft. Lauderdale
110 SE 6th Street
Suite 1970
Fort Lauderdale, FL 33301

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$894.50** |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 1329252 | BU ID | : Regency-DS |
| Case No. | : 4:23-CV-00215-WMR | | |
| Case Name | : Tyler Lee Canaris v. Michael McMaster and Gary Gulledge | | |
| Invoice No. | : 1594960 | Invoice Date | : 6/30/2025 |
| **Total Due** | : **$894.50** | | |

Stefanie M. Burdette
Buckley Christopher, P.C.
2970 Clairmont Rd.
#650
Atlanta, GA 30329

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# COSTS FOR MAKING COPIES OF ANY MATERIALS WHERE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE UNDER 28 U.S.C. § 1920(4)

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

PREPAYMENT REQUIRED
**Invoice**
88561426
September 05, 2024



Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Timothy J. Buckley III, Esq.**
Buckley Christopher & Hensel P.C.
2970 Clairmont Rd NE
Suite 650
Atlanta, GA  30329

You can track and pay for your request online at:  **www.roilog.com**

On  8/28/2024     the following  healthcare provider received your request for copies of medical records:

**Wellstar Paulding Hospital**
2518 Jimmy Lee Smith Parkway
Hiram, GA  30141

You requested records for:  **Tyler Canaris**

Your Reference ID:
MRO Request ID: 88561426
MRO Online Tracking Number: WSHSBF7DRF9SK

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $25.88 |
| Number of Pages: | 113 |
| Tier 1: | $19.40 |
| Tier 2: | $66.40 |
| Tier 3: | $8.58 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $9.70 |
| Adjustments: | $0.00 |
| Postage: | $1.50 |
| Sales Tax: | $7.67 |
| TOTAL: | $139.13 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$139.13** |

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

*You can send a check to:*
**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or*
*return this invoice with the payment*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them;
and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order.
Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges
in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral
arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury.
Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member
of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request
by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: Wellstar Paulding Hospital.**

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

PREPAYMENT REQUIRED
**Cost Estimate\***
89677948
October 03, 2024



Phone:  (610) 994-7500 Opt. 1
Fax:  (610) 962-8421

**Timothy J. Buckley III, Esq.**
Buckley Christopher & Hensel P.C.
2970 Clairmont Rd NE
Suite 650
Atlanta, GA  30329

You can track and pay for your request online at:  **www.roilog.com**

On  9/26/2024     the following healthcare provider received your request for copies of medical records:

**Wellstar Kennestone Hospital - Radiology**
677 Church Street, NE
Marietta, GA  30060-1101

You requested records for:  **Tyler Canaris**

Your Reference ID:
MRO Request ID: 89677948
MRO Online Tracking Number: WSHSBST2LPLTR

\* The page count listed is an estimate of the number
of pages required to fulfill your request.  If the final
cost is greater, you will receive a second invoice.
If the final cost is less, you will receive a refund.

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**Fees**

| | |
|---|---:|
| Search and Retrieval Fee: | $0.00 |
| Number of Pages: | 0 |
| Tier 1: | $0.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $9.70 |
| Adjustments: | $23.96 |
| CD: 1 @$25.88 ea. | |
| Postage: | $5.00 |
| Sales Tax: | $2.32 |
| TOTAL: | $40.98 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$40.98** |

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

*You can send a check to:*

**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or
return this invoice with the payment*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: Wellstar Kennestone Hospital - Radiology.**

MRO Corporation                                    10/7/2024 0:44:52 pm EDT                                    Page: 2 / 2

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

PREPAYMENT REQUIRED
**Invoice**
89677869
October 07, 2024



Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Timothy J. Buckley III, Esq.**
Buckley Christopher & Hensel P.C.
2970 Clairmont Rd NE
Suite 650
Atlanta, GA  30329

You can track and pay for your request online at:  **www.roilog.com**

On  9/26/2024      the following healthcare provider received your request for copies of medical records:

**Wellstar Kennestone Hospital**
677 Church Street, NE
Marietta, GA  30060-1101

You requested records for:  **Tyler Canaris**

Your Reference ID:
MRO Request ID: 89677869
MRO Online Tracking Number: WSHSMXM2F6LAP

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

### Fees

| | |
|---|---|
| Search and Retrieval Fee: | $25.88 |
| Number of Pages: | 605 |
| Tier 1: | $19.40 |
| Tier 2: | $66.40 |
| Tier 3: | $333.30 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $9.70 |
| Adjustments: | $0.00 |
| | |
| Postage: | $1.50 |
| Sales Tax: | $33.65 |
| TOTAL: | $489.83 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$489.83** |

*You can send a check to:*

**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or*
*return this invoice with the payment*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: Wellstar Kennestone Hospital.**

**Metro Atlanta Ambulance Service**

# INVOICE

**Make check payable to:**
ChartSwap
2951 Marina Bay Drive
Suite 130-132
League City, TX 77573
EIN: 47-2854507

Invoice #: REQ-19413331
Invoice Date: 09 Oct 2024

**For Record Type:**
Patient Care Report

**Bill to:**

Buckley Christopher, P.C.
2970 Clairmont Road NE
Atlanta, GA  30329

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Canaris, Tyler, REQ-19413331 | | | |
| **Provider Fees** | | | |
| Base Fee | 1 | $25.88 | $25.88 |
| Pages 0 - 9999 | 6 | $0.00 | $0.00 |
| Mail Delivery | 1 | $0.00 | $0.00 |
| **ChartSwap Fees** | | | |

**Total    $25.88**

**ATTENTION: To avoid delays in processing your payment:**

- Checks **MUST** be made payable to payee listed above, checks listing any other payee will be returned.
- Please include the above invoice # on your check.
- Please **DO NOT STAPLE** invoices or checks.
- A $12.00 fee will be assessed on any returned checks.
- Allow at least 14 days for receipt and processing of your check.
- No CASH please.

**For immediate processing, pay online via credit/debit card by logging into your ChartSwap account.**

Page 1 of 1

**MRO**

1000 Madison Avenue, Suite 100
Norristown, PA 19403

PREPAYMENT REQUIRED
## Cost Estimate*
89946578
October 11, 2024



Phone:  (610) 994-7500 Opt. 1
Fax:  (610) 962-8421

---

**Timothy J. Buckley, Esq.**
Buckley Christopher & Hensel P.C.
2970 Clairmont Rd NE
Suite 650
Atlanta, GA  30329

You can track and pay for your request online at:  **www.roilog.com**

On  10/4/2024      the following healthcare provider received your request for copies of medical records:

**Wellstar WMG - Radiology**
805 SANDY PLAINS RD
MARIETTA, GA  30066-6340

You requested records for: **Tyler Canaris**

Your Reference ID:
MRO Request ID: 89946578
MRO Online Tracking Number: WSHSKT968J3B6

* The page count listed is an estimate of the number
of pages required to fulfill your request.  If the final
cost is greater, you will receive a second invoice.
If the final cost is less, you will receive a refund.

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

### Fees

| | |
|---|---|
| Search and Retrieval Fee: | $0.00 |
| Number of Pages: | 0 |
| Tier 1: | $0.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $9.70 |
| Adjustments: | $23.96 |
| CD: 1 @$25.88 ea. Total: $25.88 | |
| Postage: | $5.40 |
| Sales Tax: | $2.35 |
| TOTAL: | $41.41 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$41.41** |

*You can send a check to:*

**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or*
*return this invoice with the payment*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: Wellstar WMG - Radiology.**

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

PREPAYMENT REQUIRED
**Invoice**
89946519
October 13, 2024



Phone:  (610) 994-7500 Opt. 1
Fax:  (610) 962-8421

**Timothy J. Buckley, Esq.**
Buckley Christopher & Hensel P.C.
2970 Clairmont Rd NE
Suite 650
Atlanta, GA  30329

You can track and pay for your request online at:  **www.roilog.com**

On  10/4/2024      the following healthcare provider received your request for copies of medical records:

**WMG Orthopedic Trauma KH**
 55 Whitcher Street
Ste 260
Marietta , GA  30060

You requested records for:  **Tyler Canaris**

Your Reference ID:
MRO Request ID: 89946519
MRO Online Tracking Number: WSHSAHJPF4YP2

| Fees | |
|---|---|
| Search and Retrieval Fee: | $25.88 |
| Number of Pages: | 64 |
| Tier 1: | $19.40 |
| Tier 2: | $36.52 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $9.70 |
| Adjustments: | $0.00 |
| Postage: | $1.50 |
| Sales Tax: | $4.59 |
| TOTAL: | $97.59 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$97.59** |

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

*You can send a check to:*

**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or*
*return this invoice with the payment*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: WMG Orthopedic Trauma KH.**

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

PREPAYMENT REQUIRED
**Invoice**
91242726
November 02, 2024



Phone:  (610) 994-7500 Opt. 1
Fax:  (610) 962-8421

---

**Stefanie Burdette**
Buckley Christopher & Hensel P.C.
2970 Clairmont Rd NE
Suite 650
Atlanta, GA  30329

You can track and pay for your request online at:  **www.roilog.com**

On  10/31/2024     the following healthcare provider received your request for copies of medical records:

**Wellstar WMG - Radiology**
805 SANDY PLAINS RD
MARIETTA, GA  30066-6340

You requested records for:  **Tyler Canaris**

Your Reference ID:
MRO Request ID: 91242726
MRO Online Tracking Number: WSHS8RFD7B62G

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

### Fees

| | |
|---|---:|
| Search and Retrieval Fee: | $25.88 |
| Number of Pages: | 1 |
| Tier 1: | $0.97 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $9.70 |
| Adjustments: | $0.00 |
| Postage: | $1.74 |
| Sales Tax: | $0.22 |
| TOTAL: | $38.51 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$38.51** |

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

*You can send a check to:*

**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or*
*return this invoice with the payment*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: Wellstar WMG - Radiology.**

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

PREPAYMENT REQUIRED
**Invoice**
91241235
November 06, 2024



Phone:  (610) 994-7500 Opt. 1
Fax:  (610) 962-8421

**Stefanie Burdette**
Buckley Christopher & Hensel P.C.
2970 Clairmont Rd NE
Suite 650
Atlanta, GA  30329

You can track and pay for your request online at:  **www.roilog.com**

On  10/31/2024    the following healthcare provider received your request for copies of medical records:

**WMG ENT Marietta  - 38688**
699 CHURCH STREET
SUITE 340
MARIETTA, GA  30060

You requested records for:  **Tyler Canaris**

Your Reference ID:
MRO Request ID: 91241235
MRO Online Tracking Number: WSHSE6JBBPGND

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $25.88 |
| Number of Pages: | 1 |
| Tier 1: | $0.97 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $9.70 |
| Adjustments: | $0.00 |
| Postage: | $1.74 |
| Sales Tax: | $0.22 |
| TOTAL: | $38.51 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$38.51** |

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

*You can send a check to:*

**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or*
*return this invoice with the payment*

By proceeding with this order, you are representing that you have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: WMG ENT Marietta  - 38688.**